Baldwin Palmer, trading as Evergreen Knitting Mills, appellee, v. L. H. Ruehl & Company, appellant. Gen. No. 28,095.

Suit for balance due on merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the third di-

vision of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Edward L. Richter, for appellant; Johan Waage, of counsel, Culver, Andrews & King, for appellee; James B. McKeon, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.